

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KARL J. ASHANTI
Assistant Corporation Counsel
Phone: (212) 227-0414
Fax: (212) 788-9776
kashanti@law.nyc.gov

September 10, 2010

**BY ECF**
Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Earl Johnson and Sedrick Broome v. City of New York, et al.</u>, 09 CV 3534 (ARR)(JMA)

Your Honor:

I represent the defendants in the above-referenced matter. For Your Honor's approval and signature, enclosed please find an Stipulation and Order of Settlement and Dismissal concerning the claims of plaintiff Earl Johnson only, which has the signatures of all parties.

Defendants thank the Court for its consideration.

Respectfully submitted,

Karl J. Ashanti (KA4547)
Assistant Corporation Counsel

cc: Michael Lumer, Esq. (by ECF)